**E-FILED on 7/11/12**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THOMAS G. LUPARELLO, | ) | No. C 12-2589 RMW (PR) |
| | ) | |
| | ) | JUDGMENT |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| PAROLE & COMMUNITY SERVICES DIVISION, | ) | |
| | ) | |
| | ) | |
| Respondent. | ) | |

The court has dismissed the instant habeas action for lack of jurisdiction. A judgment of dismissal without prejudice is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 7/11/12

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
G:\PRO-SE\SJ.Rmw\HC.12\Luparello589jud.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

THOMAS G LUPARELLO,

        Plaintiff,

  v.

PAROLE AND COMMUNITY SERVICES DIVISION et al,

        Defendant.
                                      /

Case Number: CV12-02589 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 11, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Thomas G Luparello
751 Holly Avenue
Rohnert Park, CA 94928

Dated: July 11, 2012

                                      Richard W. Wieking, Clerk
                                      By: Jackie Lynn Garcia, Deputy Clerk